FILED
Clerk
District Court
JUN 08 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| IN RE:<br><br>Application for Exemption from the Electronic Public Access Fees by Jaejin Lee | CASE 1:22-mc-00033<br><br>ORDER GRANTING APPLICATION FOR EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEES |

  This matter is before the Court upon the application and request by Jaejin Lee for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts. The Court finds that Mr. Lee, as an individual researcher associated with an education institution working on a defined research project intended for scholarly work, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Mr. Lee has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Mr. Lee will be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the court of his research to study the area of household bankruptcy and the impact of local communities social shock on resident's bankruptcy decisions. He will not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

  1. This fee exemption applies only to Mr. Lee and is valid only for the purposes stated above;

  2. This fee exemption applies only to the electronic case files of this court that are available

through the PACER system;

3. By accepting this exemption, Mr. Lee agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Mr. Lee is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases;

5. This exemption is valid until August 31, 2023.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

IT IS SO ORDERED on this 8th day of June, 2022.

RAMONA V. MANGLONA
Chief Judge